## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* JAMES LASSELLE AND FRANCIS LASSELLE

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring bodies *p. 446; (2) special bail *p. 452; (3) continued *p. 473; (4) declaration filed, rule to plead *p. 483; (5) motion to consolidate continued *p. 492; (6) debt remitted, judgment for costs *p. 520.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration.
*Office Docket*, MS p. 17, c. 32; p. 40, c. 46.